UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KATIE GRAF,<br>　　　Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 13-30070 |
| | ) | |
| HOSPITALITY MUTUAL<br>INSURANCE COMPANY,<br>　　　Defendant. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1446(a), Hospitality Mutual Insurance Company ("Hospitality") submits this Notice of Removal in the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Hampden County, to the United States District Court for the District of Massachusetts, Central Division, and respectfully states as follows:

1.　　On March 15, 2013, Hospitality was served with the Summons and Complaint in an action filed in the Superior Court of the Commonwealth of Massachusetts, Hampden County, styled *Katie Graf v. Hospitality Mutual Insurance Company,* Hampden Superior Court Civil Action 2013-00139-B (the "Graf Complaint").

2.　　This removal of the state court action is made pursuant to the provisions of Title 28, United States Code, §1441(a) and (b).  The United States District Court for the District of Massachusetts has original jurisdiction over this action because it is a civil action wherein the amount in controversy, $117,300.00, exceeds the sum or value of $75,000 exclusive of interest and costs, is between citizens of different states, and the cause of action arises out of a dispute involving an insurance policy issued in Massachusetts.

3.　　The plaintiff Katie Graf resides in Enfield, Connecticut.

4.     The defendant Hospitality Mutual Insurance Company is a Massachusetts corporation having its principal place of business at 93A Turnpike Road, Westborough, Worcester County, Massachusetts.

5.     Copies of the Graf Complaint, Summons and Civil Action Cover Sheet are attached as Exhibits 1, 2, and 3, respectively.

**HOSPITALITY MUTUAL INSURANCE COMPANY**
By its attorney,

James E. Harvey, Jr. /BBO #224920
O'Malley and Harvey, LLP
155 Federal Street, 12th Floor
Boston, MA  02110-1735
TEL:  (617) 357-5544
FAX:  (617) 204-3477
jharvey@omalleyharvey.com

2

### CERTIFICATE OF SERVICE

I hereby certify that Notice of Removal was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 28th day of March, 2013.

March 28, 2013

HOSPITALITY MUTUAL INSURANCE COMPANY
By its attorneys,

James E. Harvey, Jr./BBO #224920
John F. Brosnan/BBO #556678
O'Malley and Harvey, LLP
155 Federal Street, 12th Floor
Boston, MA  02110-1735
TEL:  (617) 357-5544
FAX:  (617) 204-3477
jharvey@omalleyharvey.com
jbrosnan@omalleyharvey.com