# Exhibit 2

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

**A TRUE COPY ATTEST**

~~DEPUTY SHERIFF~~
*03-15-13*

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.

**13    139**

KATIE GRAF
_____ , PLAINTIFF(S)

V.                                                              SUMMONS

HOSPITALITY MUTUAL INSURANCE
COMPANY
_____ , DEFENDANT(S)

To the above named defendant: Hospitality Mutual Insurance Company

You are hereby summoned and required to serve upon ___Mark J. Albano, Esq.___
_____ , plaintiff's attorney, whose address
is _One Monarch Place, St 1150, Spfld, MA_____ , an answer to the complaint which is herewith served
upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail
to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also
required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before
service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you
may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the
plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esq., at Springfield the ___11th___ day of _March____
in the year of our Lord two thousand thirteen.

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

**NOTICE TO DEFENDANT** -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.