# Exhibit 3

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY OF HAMPDEN | DOCKET NO. 13 139 |
|---|---|---|
| PLAINTIFF(S) Katie Graf | | DEFENDANT(S) Hospitality Mutual Insurance Company |

Type Plaintiff's Attorney name, Address, City/State/Zip Phone Number and BBO#

Type Defendant's Attorney Name, Address, City/State/Zip Phone Number (If Known)

| Mark J. Albano, Esq.; BBO No.: 013860<br>One Monarch Place, Suite 1150<br>Springfield, MA 01144-1150<br>Tel: 413-736-6971<br>Fax: 413-746-6971 | James E. Harvey, Jr., Esq.<br>O'Malley and Harvey, LLP<br>155 Federal Street, 12th Floor<br>Boston, MA 02110-1727<br>Tel: 617-357-5544 |
|---|---|

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

CODE NO.    TYPE OF ACTION (specify)    TRACK    IS THIS A JURY CASE?

A99 Other (specify) - Fast Track     [ ] Yes  [X] No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
   1. Total hospital expenses                                                   $
   2. Total doctor expenses                                                     $
   3. Total chiropractic expenses                                               $
   4. Total physical therapy expenses                                           $
   5. Total other expenses (describe)                                           $
                                                                        Subtotal $
B. Documented lost wages and compensation to date                               $
C. Documented property damages to date                                          $
D. Reasonably anticipated future medical expenses                               $
E. Reasonably anticipated lost wages and compensation to date                   $
F. Other documented items of damages (describe)
                                                                                $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

                                                                    Total $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

| The plaintiff seeks damages for breach of an insurance policy and for related violation of G. L. Chs. 93A and 176D. | $117,300.00 TOTAL $ |
|---|---|

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

Katie Graf v. Hospitality Mutual Insurance Company; Civil Action No.: HDCV2010-00429

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____     Date: Feb 21, 2013

A.O.S.C. 3-2007