UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:13-CV-30070-KPN

KATIE GRAF,
Plaintiff,

v.

HOSPITALITY MUTUAL INSURANCE COMPANY,
Defendant.

**NOTICE OF APPEAL OF THE PLAINTIFF**

Notice is hereby given that Katie Graf, the plaintiff in the above-referenced, hereby appeals, pursuant to Fed. R. App. P. 3 and 4, to the United States Court of Appeals for the First Circuit, from the allowance by the trial court, on or about July 26, 2013, of the defendant's motion to dismiss, and from the related *Judgment in a Civil Case,* dated and entered on July 26, 2013, and from the denial by the trial court, on or about September 18, 2013, of the plaintiff's motion to amend the judgment.

Dated:  September 20, 2013         THE PLAINTIFF,
                                   KATIE GRAF,

                                   */s/ Mark J. Albano*

                              By:_____
                                   Mark J. Albano, Esq.
                                   DALSEY & ALBANO
                                   One Monarch Place, Suite 1150
                                   Springfield, MA  01144-1150
                                   Tel:  413-736-6971
                                   Fax:  413-746-9224
                                   B.B.O. No.:  013860
                                   Email:  malbano@dfalegal.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2013, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

                                      */s/ Mark J. Albano*
                                      _____
                                      Mark J. Albano, Esq.